**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

In re: James Reuben Burton, Jr. and Susan Hunt Burton, Debtor(s)

CASE NO. (if known): _____
CHAPTER: 13

FILED
U.S. BANKRUPTCY COURT, WDNC
FEB 22 2023
Steven T. Salata, Clerk
Charlotte Division/CCH

**DECLARATION REGARDING ELECTRONIC FILING**

(If two married people are filing together, both are equally responsible for supplying correct information.)

I/We have completed the following documents using the court's Electronic Self-Representation system (eSR):

- ✓ Voluntary Petition
- ✓ Summary of Assets and Liabilities
- ✓ Schedule A/B
- ✓ Schedule C
- ✓ Schedule D
- ✓ Schedule E/F
- ✓ Schedule G
- ✓ Schedule H
- ✓ Schedule I
- ✓ Schedule J
- ✓ Declaration About an Individual Debtor's Schedules
- ✓ Statement of Financial Affairs
- ✓ Statement of Income
- ___ Statement of Intention (Ch. 7 only)
- ✓ Matrix/List of Creditors and Other Interested Parties

1. I/We have read and understand the above-referenced document(s) filed electronically as part of the petition package. The information provided is true and correct to the best of my/our knowledge and belief.

2. I/We have authorized the electronic filing of my/our voluntary petition with the United States Bankruptcy Court for the Western District of North Carolina.

3. I/We understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

4. I/We understand that a bankruptcy petition is NOT considered filed (and does not receive a case number) until this signed Declaration is received and filed with the court.

5. I/We understand that failure to pay the filing fee (or to file an Application for Individuals to Pay the Filing Fee in Installments or an Application to Have the Chapter 7 Filing Fee Waived with original signature(s)); to file a Statement of Social Security Number with original signature(s); and to file a copy of my/our government-issued photo identification and the documents listed above may result in my/our case being dismissed.

Date: 2/22/23    Debtor's Printed Name: JAMES REUBEN BURTON, JR.    Debtor's Signature: /s/

Date: 2/22/23    Joint Debtor's Printed Name: Susan Hunt Burton    Joint Debtor's Signature: Susan H. Burton

October 2022                                Declaration Regarding Electronic Filing