

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 23−30128
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| JAMES REUBEN BURTON Jr.<br>   dba GLOBAL ENERGY SOLUTIONS<br>105 GRAHAM HALL COURT<br>MATTHEWS, NC 28104<br>Social Security No.: xxx−xx−7903 | SUSAN HUNT BURTON<br>105 GRAHAM HALL COURT<br>MATTHEWS, NC 28104<br>Social Security No.: xxx−xx−1811 |

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

> Chapter 13 Plan (Local Form 4)
> Local Form 13
> Certification of Credit Counseling
> Copy of government issued photo identification

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: February 22, 2023                                                                                    Steven T. Salata
                                                                                                                          Clerk of Court

Electronically filed and signed (2/22/23)