

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 23–30128
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| JAMES REUBEN BURTON Jr.<br>  dba GLOBAL ENERGY SOLUTIONS<br>105 GRAHAM HALL COURT<br>MATTHEWS, NC 28104<br>Social Security No.: xxx–xx–7903 | SUSAN HUNT BURTON<br>105 GRAHAM HALL COURT<br>MATTHEWS, NC 28104<br>Social Security No.: xxx–xx–1811 |

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Plan filed in the above referenced case on 03/07/2023 as document(s) # 14 is defective for the reason(s) marked below:

- Certificate of Service is Required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: March 8, 2023                                             Steven T. Salata
                                                                 Clerk of Court

Electronically filed and signed (3/8/23)