

Notice of Undeliverable Mail to Debtor

March 4, 2023

From: United States Bankruptcy Court, Western District of North Carolina

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: JAMES REUBEN BURTON, Jr., Case Number 23-30128, ltb

FILED
U.S. BANKRUPTCY COURT, WDNC

MAR - 8 2023

Steven T. Salata, Clerk
Charlotte Division/CCH

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Charlotte Division**
**401 West Trade Street**
**Charlotte, NC 28202**

---

Undeliverable Address:
Natan Holdings, LLC

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
_26990 Country Side Lake_
_Mundelein, IL 60060_

_/s/ Susan H. Burton_     3/8/23
Signature of Debtor or Debtor's Attorney     Date

1

007235     16208007242026



**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

007235  16208007242026