ENTERED IN TRANSFER RECORD IN
MY OFFICE THIS DAY 02/27/2023

*Amida M Dulson*
_____
COUNTY CLERK

**Prepared By:**

Lawrence ONeill
240 Central Park South
New York, New York
10019

**After Recording Return To:**

Marginy Oil and Gas
14511 SE 216th Street
Kent, Washington
98042

**2023R0447**

DELIA HESTON, REGISTER OF DEEDS
JEFFERSON COUNTY, KS
RECORDED ON:
02/27/2023 01:05:55 PM
REC FEE: 55.00
INDEBT: 0.00
PAGES: 3

20230056

**EXHIBIT 7**

Space Above the Line Intentionally Left Blank for Recorder's Use

# GENERAL WARRANTY DEED

State of Kansas

Jefferson County

KNOW ALL MEN BY THESE PRESENTS, that for and in consideration of the sum of Two Million Two Hundred Thousand Dollars ($2,200,000.00) and other good or valuable consideration, if any, in hand paid to the "Grantor(s)" known as:

Dei Vitae Enterprises LLC with Reuben Burton acting as the Managing Member with a mailing address of 105 Graham Hall Court, Mathews, North Carolina, 28104.

The receipt whereof is hereby acknowledged, the undersigned hereby conveys and warrants to Marginy Oil and Gas LLC with Blake Simpson acting as the Managing Member with a principal office address located at 14511 SE 216th Street, Kent, Washington, 98042 (hereinafter the "Grantee(s)"), the following described real estate, situated in Jefferson County, Kansas, to-wit:

8974 N K-92 Highway, McLouth, Jefferson County, Kansas 66054
Specifically Lot 1 of the Northeast Fractional Quarter of Section 5, Delaware Trust Lands AND The Northeast Fractional Quarter South of the Delaware Reserve Line of Section 5, Delaware Reserve Lands Township 10 South, Range 20 East of the 6th P.M., Jefferson County, Kansas, EXCEPT any part lying in a tract described as the East 8.16 acres of the Northeast Fractional Quarter of Section S, lying both North and South of the Delaware Reserve line.

Page 1

**TOGETHER** with all and singular the rights, mineral rights, tenements, hereditaments, appurtenances, and improvements belonging or in anywise appertaining thereto (the "Property").

**TO HAVE AND TO HOLD,** the Property unto the Grantee(s), their heirs, successors, and assigns forever in fee simple.

**AND** the Grantor(s), for said Grantor(s), their heirs, successors, executors, and administrators, covenants with Grantee(s), their heirs, successors, and assigns that Grantor(s) are lawfully seized in fee simple of the Property; that Grantor(s), their heirs, executors, and administrators have good right to convey the same and guarantee the quiet possession thereof, and that the same are free from all encumbrances; and that Grantor(s), their heirs, executors, and administrators shall warrant and defend the Property unto the Grantee(s), their heirs, successors, and assigns forever against the lawful claims of all persons.

**IN WITNESS WHEREOF**, the Grantor(s) has duly executed this General Warranty Deed as of February 24 2023.

For Dei Vitae Enterprises LLC

_____ Date February 24 2023
Mr. Reuben Burton
Managing Director, Dei Vitae Enterprises LLC
105 Graham Hall Court, Mathews, North Carolina, 28104

## NOTARY ACKNOWLEDGMENT

State of North Carolina)

County of Mecklenburg)

I, the undersigned, a Notary Public in said County, in said State, hereby certify that Mr. Reuben Burton, Managing Director, Dei Vitae Enterprises LLC, whose names are signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, they, executed the same voluntarily on the day the same bears date.

Given under my hand this 24 day of February, 2023.

_____ (SEAL)
Notary Public

My Commission Expires: 11/03/2025

[Notary Seal: Luis Bartolome, Notary Public, Mecklenburg Co., North Carolina, My Commission Expires: Nov. 3, 2025]

Page 3