Wednesday, March 8, 2023 at 18:22:54 Eastern Standard Time

**EXHIBIT 8**

**Subject:** Revisions to agreement
**Date:** Friday, August 5, 2022 at 7:47:42 AM Eastern Daylight Time
**From:** rbjr novafinllc.net
**To:** Donato Guadagnoli, Max Smetannikov
**CC:** Susan (#1)Burton

i have already gone through the preamble of this agreement this morning and propose the following changes so as to ensure accuracy.

Marigny oil and gas is the offerer to KLMKH.

Apple investments was a broker between DVE and Marigny. They are getting something from MPL that I do not have care or concern what it is.

DVE as of this morning owns 50% of Marigny oil and gas and holds 18,000 acres and 10 operating wells in the Uintah Basin in Utah. The deere family trust is named something else and cannot and will not be a part of any representation that I sign. The only entity that anything to do with anything out there in Kansas (assuming klmkh accepts) is Marigny Oil and Gas, a recently formed Wyoming LLC. I will stipulate that if the successful purchase of the KLMKH assets, the MOG will out of it it agreement bring in additional shareholders to MOG like Anthony melikhov etc, who will be a party to this attestation as well. Meaning that if successful MOG will have more shareholders who will protect ccc interests because they are already a part of it as well.

We could no more "help" Ford Graham and or John Beckstedt than Anthony or any other assumed shareholder of MOG than we would be working against our own shareholder agreement already signed etc.

My wife and I and DVE are having Jay wright our atty deal with the other legal parts of the agreement and will communicate later today.

so as far as the preamble goes, DVE does not own any of MPL. never has and I do not know the ownership structure of their stuff. dont honestly care. DVE owns 50% of MOG and MOG will be owned greater than 50% by the successful purchase of the KLMKH assets. I cannot make a representation about a party I do not control, I can only say that one of the assets if acquired will be used to help them in way shape or form. We will write up the rest today and submit to yall. But i am genuinely concerned about the CCC project and it success.

thanks


Reuben Burton
Managing Director
Dei Vitae Enterprises LLC
980-242-8195
rbjr@novafinllc.net

The information in this e-mail message and any files transmitted with it are confidential and for the use of only the individual or entity to whom they are addressed. The message and files may be protected by legal professional privilege, or other legal rules, and remains the property of Dei Vitae Enterprises LLC. The confidentiality of and privilege applying to this message and files is not waived, if this message or files has been sent to you by mistake. If the reader of this message or files is not the intended recipient, you are

notified that retention, distribution or copying of this message and files are strictly prohibited. If you receive this message or files in error, please notify us immediately by telephone or return e-mail and delete all copies from your computer system. It is the recipient's responsibility to check this message and files for viruses or other malicious software and neither the sender nor NovaFin LLC, take any responsibility for malicious software or associated damage. Any views or opinions expressed in this email do not necessarily reflect the opinions of either Dei Vitae Enterprises LLC, or any associated entities.