# O'Neill & Company
International Legal Advisors

Lawrence Daniel O'Neill
Partner
New York: + 1 917 675 4864
Dublin: +353 1 254 4055
ldoneill@oneill-company.com


EXHIBIT 11

August 1, 2022

*Sent via Email*

The Board of Directors
KLMKH/Orpheum, Inc.
600 E. Lake Street
McLouth, KS 66054

Attn: Mr. Andrew Kramer.  Esq.

Email: *Akramer@kramerllc.com*

**Re: Attestation Letter and Proof of Client funds**

Gentlemen:

On July 29, 2022, our client, Marigny Partners Ltd ("MPL") issues a confidential Letter of Intent ("LOI") to KLMKH/Orpheum, Inc. ("KLMKH") regarding the purchase of select assets of KLMKH.  Per that letter we have received your reply via email on the same date from your chairman, Mr. Melikhov requesting that we show proof of funds concerning our offer.

We, O'Neill & Company ("ONC"), represented by Dan O'Neill, Esq., at the above referenced legal offices located at 57 West 57th Street, 4th Floor, New York, NY 10019 hereby issue this attestation letter and proof of funds regarding our client, Marigny Partners Ltd ("MPL").  I, Dan O'Neill make the following statements on behalf of ONC, and under oath and penalty of perjury under the laws of the State of New York where ONC's has its offices:

1. MPL is a client of ONC and is an Irish company in good standing and located at 26/27 Pembroke Street Upper, Dublin, Ireland, D02 X361.

2. ONC hereby confirms that we hold in our escrow wallet for the benefit of MPL, over $17 million dollars' worth of Ethereum ("ETH") coins.  We have included with this letter, proof of that wallet and its ETH contents for your confidential review.  We can confirm that within one banking day of

instruction form our client, MPL, this coin can be liquidated into cash and deposited in our escrow bank account for a closing of the asset sale.

3. In addition, we have also reviewed the agreements between our client, MPL and one of its investors, ▇▇▇ ("▇▇"). ▇▇ is a logistics, and blockchain firm that holds over $500 million in bitcoin ("BTC"). We have confirmed that ▇▇ has provided MPL with a firm commitment to fund the acquisition of the KLMKH assets pending diligence completion. We have spoken to ▇▇ counsel and have confirmed that over $100 million of cash funds are on deposit today in their escrow account. Upon completion of the KLMKH diligence, the funds required for the acquisition by MPL are ready to move to ONC' escrow account for a closing.

4. Also, we have reviewed the agreements between our client MPL and one of its investors, ▇▇▇ ("▇▇"). ▇▇ is a Asian legacy crypto mining company that currently holds over 75,000 BTC in its wallets. ▇▇ has also provided us with proof of over $50 million cash on hand in its banks in the United States. We have confirmed that ▇▇ as provided MPL with a firm commitment to fund the acquisition of the KLMKH assets pending the completion of diligence. Upon diligence completion of the KLMKH assets, funds will be moved to ONC' escrow account for a closing between MPL and KLMKH.

5. Finally, we have reviewed the agreements between our client MPL and one of its investors, ▇▇▇ ("▇▇▇"). ▇▇▇ is the U.S. arm of a billion-dollar Singapore crypto mining concern with a balance sheet over $500 million. we have confirmed that ▇▇▇ has executed a firm commitment with MPL to fund the acquisition of the KLMKH assets pending MPL's completion of diligence of KLMKH. ▇▇▇ has provided ONC with proof of funds availability in U.S. financial institutions. Upon diligence completion of the KLMKH assets, funds from NGDS will be moved to ONC' escrow account for a closing.

6. Thus, we hereby attest that our client has funds well in excess of the required purchase price offered to KLMKH for its assets. We attest to this due to the ETH custodied in our escrow wallet and because of the three entities who have showed us proof of funds as part of their contracts with our client, MPL for the acquisition of KLMKH assets.

7. ONC hereby confirms and attests that these funds are available for the immediate purchase of KLMKH's assets.

8. ONC warrants and attests that MPL, and its affiliate, Marigny Oil and Gas ("MOG") have these funds available, and that MPL/MOG are ready willing and able to acquire the KLMKH assets under the terms described in the LOI.

9. ONC also confirms that MPL's funds and coins are from valid, legal, non-criminal sources with no liens or security interests.  ONC also attests that the funds in question pass Anti-Money Laundering ("AML") compliance concerns.

10. Finally, ONC hereby confirms that it will act as escrow agent for the transaction described in the LOI, if so requested by MPL/MOG.

I attest this information herein is TRUE and CORRECT, and is submitted under legal penalty of perjury.

Please do not hesitate to contact our office should you have any questions with respect to this letter or its content.

*[signature]*

L. Dan. O'Neill, Esq.

# O'Neill & Company

International Legal Advisors

Lawrence Daniel O'Neill
Partner
New York: + 1 917 675 4864
Dublin: +353 1 254 4055
ldoneill@oneill-company.com

August 1, 2022

**O'Neill & Company Escrow Wallet**

Escrow Sub Account: **Marigny Partners Ltd.**

Escrow Sub Wallet Address: **0xf546c8d069e9aa511cd8c11e0951714544a0479f**

Escrow Assets: **11,075.000000678 ETH Tokens**

Escrow Account Value: **$17,787,114.51**

Escrow Value Date: **August 1, 2022**



57 West 57th Street, 4th Floor, New York, NY 10019