**Fill in this information to identify the case:**

Debtor name   **Dei Vitae Enterprises, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-30148**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/14/23        x _Susan H. Burton_
                              Signature of individual signing on behalf of debtor

**Susan H. Burton**
Printed name

**Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Dei Vitae Enterprises, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **23-30148** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................  $    4,000,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................  $   38,886,517.17

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................  $   42,886,517.17

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $    6,675,000.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................  $         892.25

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$    2,661,584.14

4.  **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b                                                                                            $    9,337,476.39

**Fill in this information to identify the case:**

Debtor name  **Dei Vitae Enterprises, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **23-30148**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | Cash on hand | | $0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | USA Bank | Business Checking - Negative Balance | 7870 | $542.07 |

**4. Other cash equivalents** *(Identify all)*

**5. Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $542.07 |
|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

Debtor **Dei Vitae Enterprises, LLC**
_____
Name

Case number *(if known)* **23-30148**

| 11b. Over 90 days old: | 700,000.00 | - | 0.00 | =.... | $700,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$700,000.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **KLMKH - 404,614,503 @$0.04** | **Stock Value** | **$16,184,580.10** |

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | **Phoenix Captive Solutions, LLC** | **80** % | | Unknown |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
|---|---|---|---|
| 16.1. | **Rorap Token** | **N/A** | Unknown |

| 17. | **Total of Part 4.** | **$16,184,580.10** |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | |

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

Debtor  **Dei Vitae Enterprises, LLC**                                    Case number (If known)  **23-30148**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Desks (6), Chairs (6)** | $250.00 | **Liquidation** | $250.00 |
| | **File cabinet ($10), kitchen island ($25), drafting desk ($400), firesafe ($100), Shredder ($30)** | $565.00 | **Liquidation** | $565.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Laptops (2), Desktops (3), Printer (1)** | $500.00 | **Liquidation** | $500.00 |
| | **TV** | $30.00 | **Liquidation** | $30.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.  **Office Artwork** | $50.00 | | $50.00 |

| 43. | **Total of Part 7.** | | **$1,395.00** |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Dei Vitae Enterprises, LLC** | | Case number *(If known)* **23-30148** |
|---|---|---|---|
| | Name | | |

|  | apartment or office building, if available. | | | | |
|---|---|---|---|---|---|
| 55.1. | **8974 Northhighway KS92, McLouth, KS 66054** | Fee simple | $1,000,000.00 | Liquidation | $1,000,000.00 |
| 55.2. | **2210 Midwest Rd., Oakbrook, IL 60013** | | $3,000,000.00 | Last Offer -2022 | $3,000,000.00 |

**56.   Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $4,000,000.00 |
|---|---|

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** **Burton Lift System (Patent Process Application Forthcoming)** | Unknown | | Unknown |
| **61.   Internet domain names and websites** | | | |
| **62.   Licenses, franchises, and royalties** | | | |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **64.   Other intangibles, or intellectual property** | | | |
| **65.   Goodwill** | | | |

**66.   Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.   Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**

■ No
☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**

| Debtor | **Dei Vitae Enterprises, LLC** | Case number *(if known)* **23-30148** |
|---|---|---|
| | Name | |

■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor)<br>**Money loaned to Akash Patel (no promissory note)** | **13,000.00**<br>Total face amount | - | **13,000.00** =<br>doubtful or uncollectible amount | **$0.00** |
| | **Promissory Note with debtor Natan Holdings, LLC (30,000 tokens x $400) in May 2022.  May be subject to offset.** | **12,000,000.00**<br>Total face amount | - | **0.00** =<br>doubtful or uncollectible amount | **$12,000,000.00** |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | | | |
| **73.** | **Interests in insurance policies or annuities** | | | | |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | | | |
| | **Crypto Colo Center** | | | | **$10,000,000.00** |
| | Nature of claim | **Damage to wells located in Kansas** | | | |
| | Amount requested | **$0.00** | | | |
| | **KLKMH** | | | | **Unknown** |
| | Nature of claim | **Breach of Fiduciary Duties, Loyalty and Trust, Corporate Actions** | | | |
| | Amount requested | **$0.00** | | | |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | | | |
| **76.** | **Trusts, equitable or future interests in property** | | | | |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | | | |
| | **Minerals** | | | | **Unknown** |
| **78.** | **Total of Part 11.** | | | | **$22,000,000.00** |
| | Add lines 71 through 77. Copy the total to line 90. | | | | |

Debtor  **Dei Vitae Enterprises, LLC**                                    Case number (If known)  **23-30148**
         Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **Dei Vitae Enterprises, LLC** | Case number (if known) 23-30148 |
|---|---|---|
| | Name | |

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $542.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $700,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $16,184,580.10 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,395.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $4,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $22,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $38,886,517.17 | + 91b. $4,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $42,886,517.17 |

**Fill in this information to identify the case:**

Debtor name **Dei Vitae Enterprises, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **23-30148**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Crypto Colo Center Corp**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

**8974 N. Highway 92
Mc Louth, KS 66054**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**Purproted Assignment of Natan Holdings**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

| | | | | |
|---|---|---|---|---|
| **2.2** | **Natan Holdings, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**8974 Northhighway KS92, McLouth, KS 66054** | $1,700,000.00 | $1,000,000.00 |

**26990 Country Side Lake
Mundelein, IL 60060**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe the lien
**Default Judgment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 3

Debtor **Dei Vitae Enterprises, LLC**      Case number (if known)   **23-30148**
_____
Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☑ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Red Oak Capital Fund II, LLC** | Describe debtor's property that is subject to a lien | $4,850,000.00 | $3,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**625 Kenmoor Ave. SE, Suite 211**
**Grand Rapids, MI 49546**
Creditor's mailing address

**2210 Midwest Rd., Oakbrook, IL 60013**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $125,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**409 3rd St. SW**
**Washington, DC 20024**
Creditor's mailing address

**Listed assets in UCC (purported blanket lien)**

Describe the lien
**UCC File No. 20200128117F**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $6,675,000.00 |

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    

Debtor    __Dei Vitae Enterprises, LLC_____    Case number (if known)    __23-30148__
           Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brad Pearce**<br>**101 N. Tryon St. Suite 600**<br>**Charlotte, NC 28246** | Line __2.2__ | |
| **David Bengston, Esq.**<br>**1625 N. Waterfront Parkway**<br>**Wichita, KS 67206** | Line __2.1__ | |
| **Dina Boorda**<br>**Office of General Counsel**<br>**409 Third St. W**<br>**Washington, DC 20416** | Line __2.4__ | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3



**Fill in this information to identify the case:**

Debtor name   **Dei Vitae Enterprises, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-30148**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$892.25** | **$0.00** |
|---|---|---|---|---|

**Jefferson County Treasurer**
**Lisa Buerman**
**P.O. Box 458**
**Oskaloosa, KS 66066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Agingo**
**222 S. Church St., Ste 100**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **NPO**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,068.10** |
|---|---|---|---|

**Barber Emerson, L.C. c/o Mark Anderson**
**1211 Massachusetts St. Box 667**
**Lawrence, KS 66044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

Official Form 206E/F

| Debtor | **Dei Vitae Enterprises, LLC** | | Case number (if known) | **23-30148** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,000.00** |
|---|---|---|---|
| | **Bayberry Capital**<br>**c/o Jay Wright**<br>**9812 Falls Rd #114-299**<br>**Potomac, MD 20854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Ch. 13 Trustee, Jenny Holman**<br>**5970 Fairview Rd, Suite 650**<br>**Charlotte, NC 28210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ NPO_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$941.00** |
|---|---|---|---|
| | **CT Corporation**<br>**PO Box 4349**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|
| | **David Hunt**<br>**9524 White Hemlock Ln**<br>**Charlotte, NC 28270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,790.79** |
|---|---|---|---|
| | **De Lage Financial Services, Inc.**<br>**c/o Fleischer, Fleischer & Suglia, P.C.**<br>**Four Greentree Centre**<br>**601 Route 73 North, Suite 305**<br>**Marlton, NJ 08053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ Unsecured Judgment_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,151.42** |
|---|---|---|---|
| | **Fifth Third Bank**<br>**P O Box 630337**<br>**Cincinnati, OH 45263-0337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ Unsecured Judgment_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210,035.98** |
|---|---|---|---|
| | **Foley Lardner**<br>**1000 Louisana St., Suite 2000**<br>**Houston, TX 77002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Dei Vitae Enterprises, LLC** | Case number (if known) | **23-30148** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GLK Professional Services**
**87 Stephens State Park Road**
**Hackettstown, NJ 07840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  NPO

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,000.00 |
|---|---|---|---|

**J.B. King**
**Fisher Patterson Sayler & Smith, LLP**
**3550 SW 5th Street**
**Topeka, KS 66606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517,000.00 |
|---|---|---|---|

**KLMKH, Inc.**
**11117 Saintsbury Place**
**Charlotte, NC 28277**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,871.85 |
|---|---|---|---|

**Lynn Tucker Properties**
**308 Armistead Ct**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Millennium Properties R/E**
**225 West Illinois Suite 350**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Millennium Properties R/E**
**350 N. LaSalle Dr., Suite 1000**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Munin Capital**
**Simon Phillips**
**3 Queen Street**
**Mayfair London England**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  NPO

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Dei Vitae Enterprises, LLC** | Case number (if known) | **23-30148** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700,000.00 |
|---|---|---|---|

**Natan Holding, LLC**
26990 Country Side Lake
Mundelein, IL 60060

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**New Era Technologies, LLC**
c/o Randy Franklin
11556 Costigan Lane
Charlotte, NC 28277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NPO**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,725.00 |
|---|---|---|---|

**R. Keith Johnson**
1275 S. Highway 16
Stanley, NC 28164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Small Business Administration**
409 3rd St. SW
Washington, DC 20024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susan Burton**
105 Graham Hall Court
Matthews, NC 28104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **NPO**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bernhardt and Strawser, P.A.**<br>5821 Fairview Rd., Suite 100<br>Charlotte, NC 28209 | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Fleischer, Fleischer & Suglia, PC**<br>Four Greentree Centre<br>601 Route 73 North, Suite 305<br>Marlton, NJ 08053 | Line **3.7**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

Debtor   **Dei Vitae Enterprises, LLC**                                    Case number (if known)    **23-30148**
         Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 892.25 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,661,584.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,662,476.39 |

Fill in this information to identify the case:

Debtor name    **Dei Vitae Enterprises, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-30148**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Agingo is to provide services for BLOC chain** |
| | State the term remaining | **Month to Month** |
| | List the contract number of any government contract | |

**Agingo**
**222 S. Church St.**
**Charlotte, NC 28202**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor to Reject Lease (Gas)** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Crypto Colo Center Corp**
**8974 N. Highway 92**
**Mc Louth, KS 66054**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor to Reject Lease (Oil)** |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Major Victor Group**
**18 Churchhill Ct**
**Morganville, NJ 07751**

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Services for Crypto** |
| | State the term remaining | **Month to Month** |
| | List the contract number of any government contract | |

**Munin Capital**
**Willoughby House**
**Broad St.**
**PE9 1PB**
**Stamford, England**

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name  **Dei Vitae Enterprises, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-30148**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Reuben Burton | 105 Graham Hall Ct. Matthews, NC 28104 | Red Oak Capital Fund II, LLC | ■ D   __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.2 | Reuben Burton | 105 Graham Hall Ct. Matthews, NC 28104 | Barber Emerson, L.C. c/o Mark Anderson | ☐ D ____ ■ E/F   __3.2__ ☐ G ____ |
| 2.3 | Susan Burton | 105 Graham Hall Ct. Matthews, NC 28104 | Red Oak Capital Fund II, LLC | ■ D   __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.4 | Susan Burton | 105 Graham Hall Ct. Matthews, NC 28104 | Barber Emerson, L.C. c/o Mark Anderson | ☐ D ____ ■ E/F   __3.2__ ☐ G ____ |
| 2.5 | Susan Burton | 105 Graham Hall Ct. Matthews, NC 28104 | Fifth Third Bank | ☐ D ____ ■ E/F   __3.8__ ☐ G ____ |

Debtor  **Dei Vitae Enterprises, LLC**                                          Case number *(if known)*  **23-30148**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                  Column 2: **Creditor**

| | | | |
|---|---|---|---|
| 2.6 | **Susan Burton** | **105 Graham Hall Ct.** **Matthews, NC 28104** | **Lynn Tucker** **Properties** |

☐ D _____
■ E/F ___3.13___
☐ G _____

**Fill in this information to identify the case:**

Debtor name     Dei Vitae Enterprises, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    23-30148

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | $0.00 |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other    **Crypto** | $9,000.00 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $115,711.00 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other    **Crypto** | $21,000.00 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $12,063.76 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**Part 1: Income**
**1. Gross Revenue from business**

| Dates | Description of Sources of Revenue | Gross Revenue | Account where Deposited |
|---|---|---|---|
| **01/01/2023 - Filing Date** | | | |
| | | $0.00 | |
| | | | |
| **01/01/2022 - 12/31/2022** | | | |
| 12-Apr | Sale of Equipment | $13,000.00 | Truist |
| 21-Apr | Randy Riggins - Purchase of Crypto Currency | $15,000.00 | Truist |
| 5-May | Street Mountain (Randy Riggins) - Purchase of Crypto Currency | $3,000.00 | Truist |
| 9-Jun | Crypto Colo Center Corp. - oil and gas leases | $10,000.00 | Chase |
| 17-Jun | Crypto Colo Center Corp - for site work | $13,586.00 | Chase |
| 27-Jun | Crypto Colo Center Corp - June Contract payment | $6,000.00 | Chase |
| 1-Jul | Crypto Colo Center Corp - 1st half of July contract payment | $6,000.00 | Chase |
| 12-Jul | Crypto Colo Center Corp - pump jack purchase | $4,125.00 | Chase |
| 19-Jul | Crypto Colo Center Corp - 2nd half of July contract payment | $6,000.00 | Chase |
| 5-Aug | Crypto Colo Center Corp - 1st half of August contract payment | $5,000.00 | U.S. Bank |
| 11-Aug | Marigny Partners Ltd. - downpayment on deal | $30,000.00 | U.S. Bank |
| 18-Aug | Crypto Colo Center Corp - 2nd half of August contract payment | $4,000.00 | U.S. Bank |
| | **Total:** | **$115,711.00** | |
| | | | |
| **01/01/2021 - 12/31/2021** | | | |
| 6-Oct | Income from Commercial Property in Oak Brook, IL | $50.00 | Fifth Third |
| 6-Oct | Income from Commercial Property in Oak Brook, IL | $585.85 | Fifth Third |
| 30-Nov | Muir Farms - Farm lease (second payment) | $2,000.00 | Fifth Third |
| 8-Dec | KLMKH - rent for office space | $9,427.91 | Fifth Third |
| | **Total:** | **$12,063.76** | |



Debtor  **Dei Vitae Enterprises, LLC**                          Case number *(if known)*  **23-30148**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1. De Lage Landen Financial Services, Inc.<br>c/o Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 North, Suite 305<br>Marlton, NJ 08053 | 12/31/2022 | $2,065.43 | Personal Guarantee by Reuben Burton on copier lease. |
   | 4.2. **See attached Schedule 4.** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | US Bank<br>Cardmember Service<br>P O Box 108<br>Saint Louis, MO 63166-9801 | US Bank closed account and Debtor beleives that it may charge or write off the negative balance.  No real setoff has taken place.<br>Last 4 digits of account number:  __7870__ | February 2023 | Unknown |

---

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|



**SCHEDULE 4**

| Name | Address | | Date | Amount | Reason |
|---|---|---|---|---|---|
| Susan Burton | 105 Graham Hall Court, Matthews, NC  28104 | | | | |
| | | 2021 | 11/4 | $1,500.00 | Compensation |
| | | 2022 | 8/17 | $1,000.00 | Compensation |
| | | | 9/1 | $1,000.00 | Compensation |
| | | | 9/2 | $3,000.00 | Compensation |
| | | | 12/13 | $500.00 | Compensation |
| | | | 12/19 | $150.00 | Compensation |
| | | | **TOTAL:** | **$7,150.00** | |
| | | | | | |
| Reuben Burton | 105 Graham Hall Court, Matthews, NC  28104 | | | | |
| | | 2021 | 3/3 | $750.00 | Compensation |
| | | | 3/4 | $750.00 | Compensation |
| | | | 3/11 | $1,500.00 | Compensation |
| | | | 3/11 | $1,500.00 | Compensation |
| | | | 3/16 | $750.00 | Compensation |
| | | | 3/25 | $1,500.00 | Compensation |
| | | | 4/1 | $2,500.00 | Compensation |
| | | | 4/2 | $1,250.00 | Compensation |
| | | | 4/2 | $357.00 | Compensation |
| | | | 4/2 | $250.00 | Compensation |
| | | | 4/5 | $2,750.00 | Compensation |
| | | | 8/4 | $500.00 | Compensation |
| | | | 8/9 | $500.00 | Compensation |
| | | | 11/5 | $500.00 | Compensation |
| | | 2022 | 5/19 | $20.57 | Personal - food |
| | | | 5/19 | $84.82 | Personal - fuel |
| | | | 5/20 | $54.00 | Personal - misc |
| | | | 5/23 | $5.83 | Personal - food |
| | | | 5/31 | $8.85 | Personal - food |
| | | | 6/7 | $7.23 | Personal - food |
| | | | 6/17 | $500.00 | Compensation |
| | | | 6/17 | $5,000.00 | Compensation |
| | | | 6/21 | $500.00 | Compensation |
| | | | 6/27 | $500.00 | Compensation |
| | | | 6/27 | $500.00 | Compensation |
| | | | 6/27 | $5,000.00 | Compensation |
| | | | 7/1 | $2,500.00 | Compensation |
| | | | 7/5 | $498.87 | Personal - misc |
| | | | 7/5 | $116.00 | Personal - misc |
| | | | 7/5 | $1,000.00 | Compensation |
| | | | 7/7 | $1,000.00 | Compensation |
| | | | 7/8 | $500.00 | Compensation |
| | | | 7/11 | $15.01 | Personal - food |
| | | | 7/11 | $500.00 | Compensation |
| | | | 7/13 | $500.00 | Compensation |
| | | | 7/19 | $50.00 | Personal - fuel |
| | | | 7/19 | $500.00 | Compensation |
| | | | 7/19 | $3,000.00 | Compensation |
| | | | 7/19 | $1,000.00 | Compensation |
| | | | 7/19 | $3,000.00 | Compensation |
| | | | 7/25 | $3.44 | Personal - food |
| | | | 7/25 | $500.00 | Compensation |
| | | | 7/26 | $14.39 | Personal - food |
| | | | 7/27 | $3.75 | Personal - misc |
| | | | 7/28 | $2.70 | Personal - food |
| | | | 7/28 | $29.88 | Personal - food |
| | | | 7/28 | $35.00 | Personal - fuel |
| | | | 7/28 | $500.00 | Compensation |
| | | | 8/1 | $3.19 | Personal - food |
| | | | 8/1 | $61.00 | Personal - fuel |
| | | | 8/4 | $440.00 | Compensation |
| | | | 8/4 | $300.00 | Compensation |
| | | | 8/8 | $19.64 | Personal expense - food |
| | | | 8/8 | $500.00 | Cash - compensation |
| | | | 8/11 | $57.59 | Personal - misc |
| | | | 8/12 | $1,000.00 | Compensation |
| | | | 8/17 | $89.83 | Personal expense - fuel |
| | | | 8/18 | $1,500.00 | Compensation |
| | | | 8/26 | $1,000.00 | Compensation |
| | | | 9/6 | $500.00 | Compensation |
| | | | 9/8 | $79.27 | Personal expense - fuel |
| | | | 9/21 | $4.97 | Personal expense - food |
| | | | 12/9 | $500.00 | Compensation |
| | | | 12/12 | $9.69 | Personal expense - food |
| | | | 12/12 | $12.08 | Personal expense - food |
| | | | 12/12 | $500.00 | Compensation |
| | | | 12/19 | $6.60 | Personal expense - food |
| | | | 12/19 | $16.96 | Personal expense - food |
| | | | 12/19 | $38.82 | Personal expense - fuel |
| | | | 12/20 | $33.16 | Personal - misc |
| | | | 12/20 | $49.60 | Personal expense - food |
| | | | 12/21 | $19.26 | Personal - misc |
| | | | 12/22 | $8.40 | Personal expense - food |
| | | | 12/22 | $10.14 | Personal expense - food |
| | | | 12/23 | $18.55 | Personal expense - food |
| | | | 12/27 | $7.50 | Personal expense - food |
| | | 2023 | 1/3 | $500.00 | Compensation |
| | | | **TOTAL:** | **$50,093.59** | |



Debtor   **Dei Vitae Enterprises, LLC**                                   Case number *(if known)*  **23-30148**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Natan Holdings v. Dei Vitae Enterprises**<br>**21-CVS-3227** | **Breach of Contract** | **Mecklenburg County**<br>**832 E 4th St.**<br>**Charlotte, NC 28202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Natan Holdings, LLC v. Dei Vitae Enterprises, LLC**<br>**2022-MV-000026** | **Domestication of Judgment** | **Jefferson County Civil Court**<br>**100 Jefferson County Pkwy**<br>**Golden, CO 80401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Cyrpto Colo Center v. Dei Vitae Enterprises, LLC**<br>**JF-2022-CV-000073** | **Injunction, Tortious Interference, et al.** | **Jefferson County Civil Court**<br>**100 Jefferson County Pkwy**<br>**Golden, CO 80401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Natan Holding, LLC v. Debtor**<br>**JF-2022-MV-000026** | **Request for Garnishment** | **Jefferson County**<br>**100 Jefferson County Pkwy**<br>**Golden, CO 80401** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Natan Holding, LLC v. Debtor, Susan Burton and Reuben Burton**<br>**22-LA-00000603** | **Fradulent Inducement, et al** | **Lake County Circuit Court**<br>**18 N. County St.**<br>**Waukegan, IL 60085** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **De Lage Laden v. Debtor**<br>**2021-06211-CT** | **Breach of Contract on Copier** | **Chester County Pennsylvania**<br>**313 West Market St.**<br>**West Chester, PA 19380** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Fifth Third Bank v. Debtor**<br>**22-CVS-11542** | **Breach fo Contract** | **Mecklenburg County Superior Court**<br>**832 E 4th St.**<br>**Charlotte, NC 28202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Red Oak Capital Fund II, LLC**<br>**625 Kenmoor Ave. SE, Suite 211**<br>**Grand Rapids, MI 49546** | **Limited Receivership over Real Property located at 2210 Midwest Rd., Oakbrook, IL 60523**<br><br>**( Defendants - DEI VITAE ENTERPRISES, LLC, a North Carolina limited liability company; JAMES REUBEN BURTON, an individual; SUSAN BURTON, an individual; HILO DESEIGN & BUILD, LLC, an Illinois limited liability company; VENUE VALET USA, LLC, an Illinois limited liability company; UNKNOWN OWNERS and NONRECORD CLAIMANTS)** | **$0.00** |
| | **Case title**<br>**Red Oak Capital Fund II, LLC v. Debtor**<br>**Case number**<br>**2020CH000471**<br>**Date of order or assignment**<br>**Aug. 2021** | **Court name and address**<br>**Du Page County Circuit Court Clerk**<br>**505 N. County Farm Rd.**<br>**Wheaton, IL 60187-0001** |



Debtor **Dei Vitae Enterprises, LLC** _____  Case number *(if known)* **23-30148**

---

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.1. | Jake Kerr<br>523 Dawson Streeet, Lot 5<br>Easton, KS 66020 | $500.00 on 3/9/2021<br>$100.00 on 3/11/2021 | 3/9/2021 and<br>3/11/2021 | $650.00 |
| | Recipients relationship to debtor | | | |

---

| Part 5: | Certain Losses |
| --- | --- |

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| Tank Battery for Bower 1. | No payment. Pending claim against CCC under CCC insurance | December 10, 2022 | $275,000.00 |

---

| Part 6: | Certain Payments or Transfers |
| --- | --- |

11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | Essex Richards, P.A.<br>1701 South Blvd<br>Charlotte, NC 28203 | | 2/6/2023 | $3,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>David Hunt | | | |



| Debtor | Dei Vitae Enterprises, LLC | | Case number (if known) | 23-30148 |

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Essex Richards, P.A. 1701 South Blvd Charlotte, NC 28203 | | 2/28/2023 | $17,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** Blue Ridge Mining, LLC | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

|  | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | K Jett Services 657 N Scott Ave Ste A Belton, MO 64012 | 2 Frac Tanks | March 2022 | $13,000.00 |
| | **Relationship to debtor** None | | | |
| 13.2. | Crypto Colo Center Corp 8974 N. Highway 92 Mc Louth, KS 66054 | Pump Jack | 7/12/2022 | $4,125.00 |
| | **Relationship to debtor** Debtor holds a disputed 5% in CCC - CCC is an affiliate of Natan Holdings | | | |

---

**Part 7:  Previous Locations**

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. 11600 N. Community House, Suite 200 Charlotte, NC 28277 | 2017-2020 |



| Debtor | **Dei Vitae Enterprises, LLC** | Case number (if known) **23-30148** |
|---|---|---|

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.2. | **2407 Plantation Center Dr. Suite 100A Matthews, NC 28105** | **2020-2022** |

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank P.O. Box 15298 Wilmington, DE 19850** | XXXX-5882 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Dec. 2022** | **$2,900.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Dei Vitae Enterprises, LLC**                          Case number *(if known)*  **23-30148**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

#### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**1310 Wesley Chapel Rd**<br>**Indian Trail, NC 28079** | **David Hunt**<br>**9524 White Hemlock Lane**<br>**Charlotte, NC 28270**<br><br>**Reuben Burton**<br>**105 Graham Hall Ct.**<br>**Matthews, NC 28104**<br><br>**Susan Burton**<br>**105 Graham Hall Ct.**<br>**Matthews, NC 28104** | **Files, File cabinets, Firesafe with no contents, art, drafting desk, kitchen island, shredder, TV** | ☐ No<br>■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

#### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

Debtor   **Dei Vitae Enterprises, LLC**                              Case number *(if known)*   **23-30148**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐  No.
☑  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Bower Land<br>8974 N. Hwy KS 92<br>Mc Louth, KS 66054 | Kansas Corporate Commission<br>137 E. 21 St.<br>Chanute, KS 66720 | Debtor provided notice to KCC about tenant's improper use, disposal and dumping of production water at the Debtor's real property. | Nov. 2022 |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|

|  | | | **Dates business existed** |
|---|---|---|---|
| 25.1. | KLMKH, Inc.<br>11117 Saintsbury Place<br>Charlotte, NC 28277 | KLMKH - oil and gas exploration | EIN:   82-2633612<br><br>From-To   **Still Exists** |
| 25.2. | Phoenix Captive Solutions, Inc.<br>106023 Kelly Park Circle<br>Huntersville, NC 28078 | Insurance | EIN:   82-2625153<br><br>From-To   **Still Exists** |
| 25.3. | Crypto Colo Center Corp.<br>8974 N. Hiwghway 92<br>Mc Louth, KS 66054 | 5% (ownership in dispute) | EIN:   87-4053095<br><br>From-To |

---

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Robert Lyerly<br>Nexsen Pruet, 227 W. Trade St.<br>Suite 1550<br>Charlotte, NC 28202 | Last time 2018 |
| 26a.2.   Top Dog Accounting<br>7017 Foxworth Dr.<br>Charlotte, NC 28226 | 2019 - current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---



Debtor **Dei Vitae Enterprises, LLC** _____   Case number *(if known)* **23-30148**

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Top Dog Accounting**<br>**7017 Foxworth Dr.**<br>**Charlotte, NC 28226** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. **Top Dog Accounting**<br>**7017 Foxworth Dr.**<br>**Charlotte, NC 28226** | |
| 26c.2. **Natan Holding, LLC**<br>**26990 Country Side Lake**<br>**Mundelein, IL 60060** | |
| 26c.3. **Susan and Reuben Burton**<br>**105 Graham Hall Court**<br>**Matthews, NC 28104** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Fifth Third**<br>**MD 1MOC2Gm**<br>**5050 Kingsley Drive**<br>**Cincinnati, OH 45227-1115** |
| 26d.2. **Marigny Partners, Ltd**<br>**26/27 Pembroke St. Upper**<br>**Dublin Ireland D02 X361** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| Susan Burton | 105 Graham Hall Court<br>Matthews, NC 28104 | Member Manager | 100 |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| Reuben Burton | 105 Graham Hall Court<br>Matthews, NC 28104 | Managing Director | 0 |



Debtor   **Dei Vitae Enterprises, LLC**                                          Case number *(if known)*  **23-30148**

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Susan Burton**<br>**105 Graham Hall Court**<br>**Matthews, NC 28104** | **$7,150.00** | 11/4/2021-12/1<br>9/2022<br>See attached<br>Schedule 30 | **Compensation** |
| | **Relationship to debtor**<br>**Insider** | | | |
| 30.2. | **Reuben Burton**<br>**105 Graham Hall Court**<br>**Matthews, NC 28104** | **$50,093.59** | 3/3/2021-<br>1/3/2023 | **See attached**<br>**Schedule 30** |
| | **Relationship to debtor**<br>**Insider** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                                          **Employer Identification number of the pension fund**



Debtor   **Dei Vitae Enterprises, LLC**                                    Case number *(if known)*  **23-30148**

---

**Part 14:**  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____3 / 14 / 23____

_____          **Susan H. Burton**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Member**     _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**SCHEDULE 30**

| Name | Address | | Date | Amount | Reason |
|---|---|---|---|---|---|
| Susan Burton | 105 Graham Hall Court, Matthews, NC 28104 | | | | |
| | | 2021 | 11/4 | $1,500.00 | Compensation |
| | | 2022 | 8/17 | $1,000.00 | Compensation |
| | | | 9/1 | $1,000.00 | Compensation |
| | | | 9/2 | $3,000.00 | Compensation |
| | | | 12/13 | $500.00 | Compensation |
| | | | 12/19 | $150.00 | Compensation |
| | | | TOTAL: | $7,150.00 | |
| | | | | | |
| Reuben Burton | 105 Graham Hall Court, Matthews, NC 28104 | | | | |
| | | 2021 | 3/3 | $750.00 | Compensation |
| | | | 3/4 | $750.00 | Compensation |
| | | | 3/11 | $1,500.00 | Compensation |
| | | | 3/11 | $1,500.00 | Compensation |
| | | | 3/16 | $750.00 | Compensation |
| | | | 3/25 | $1,500.00 | Compensation |
| | | | 4/1 | $2,500.00 | Compensation |
| | | | 4/2 | $1,250.00 | Compensation |
| | | | 4/2 | $357.00 | Compensation |
| | | | 4/2 | $250.00 | Compensation |
| | | | 4/5 | $2,750.00 | Compensation |
| | | | 8/4 | $500.00 | Compensation |
| | | | 8/9 | $500.00 | Compensation |
| | | | 11/5 | $500.00 | Compensation |
| | | 2022 | 5/19 | $20.57 | Personal - food |
| | | | 5/19 | $84.82 | Personal - fuel |
| | | | 5/20 | $54.00 | Personal - misc |
| | | | 5/23 | $5.83 | Personal - food |
| | | | 5/31 | $8.85 | Personal - food |
| | | | 6/7 | $7.23 | Personal - food |
| | | | 6/17 | $500.00 | Compensation |
| | | | 6/17 | $5,000.00 | Compensation |
| | | | 6/21 | $500.00 | Compensation |
| | | | 6/27 | $500.00 | Compensation |
| | | | 6/27 | $500.00 | Compensation |
| | | | 6/27 | $5,000.00 | Compensation |
| | | | 7/1 | $2,500.00 | Compensation |
| | | | 7/5 | $498.87 | Personal - misc |
| | | | 7/5 | $116.00 | Personal - misc |
| | | | 7/5 | $1,000.00 | Compensation |
| | | | 7/7 | $1,000.00 | Compensation |
| | | | 7/8 | $500.00 | Compensation |
| | | | 7/11 | $15.01 | Personal - food |
| | | | 7/11 | $500.00 | Compensation |
| | | | 7/13 | $500.00 | Compensation |
| | | | 7/19 | $50.00 | Personal - fuel |
| | | | 7/19 | $500.00 | Compensation |
| | | | 7/19 | $3,000.00 | Compensation |
| | | | 7/19 | $1,000.00 | Compensation |
| | | | 7/19 | $3,000.00 | Compensation |
| | | | 7/25 | $3.44 | Personal - food |
| | | | 7/25 | $500.00 | Compensation |
| | | | 7/26 | $14.39 | Personal - food |
| | | | 7/27 | $3.75 | Personal - misc |
| | | | 7/28 | $2.70 | Personal - food |
| | | | 7/28 | $29.88 | Personal - food |
| | | | 7/28 | $35.00 | Personal - fuel |
| | | | 7/28 | $500.00 | Compensation |
| | | | 8/1 | $3.19 | Personal - food |
| | | | 8/1 | $61.00 | Personal - fuel |
| | | | 8/4 | $440.00 | Compensation |
| | | | 8/4 | $300.00 | Compensation |
| | | | 8/8 | $19.64 | Personal expense - food |
| | | | 8/8 | $500.00 | Cash - compensation |
| | | | 8/11 | $57.59 | Personal - misc |
| | | | 8/12 | $1,000.00 | Compensation |
| | | | 8/17 | $89.83 | Personal expense - fuel |
| | | | 8/18 | $1,500.00 | Compensation |
| | | | 8/26 | $1,000.00 | Compensation |
| | | | 9/6 | $500.00 | Compensation |
| | | | 9/8 | $79.27 | Personal expense - fuel |
| | | | 9/21 | $4.97 | Personal expense - food |
| | | | 12/9 | $500.00 | Compensation |
| | | | 12/12 | $9.69 | Personal expense - food |
| | | | 12/12 | $12.08 | Personal expense - food |
| | | | 12/12 | $500.00 | Compensation |
| | | | 12/19 | $6.60 | Personal expense - food |
| | | | 12/19 | $16.96 | Personal expense - food |
| | | | 12/19 | $38.82 | Personal expense - fuel |
| | | | 12/20 | $33.16 | Personal - misc |
| | | | 12/20 | $49.60 | Personal expense - food |
| | | | 12/21 | $19.26 | Personal - misc |
| | | | 12/22 | $8.40 | Personal expense - food |
| | | | 12/22 | $10.14 | Personal expense - food |
| | | | 12/23 | $18.55 | Personal expense - food |
| | | | 12/27 | $7.50 | Personal expense - food |
| | | 2023 | 1/3 | $500.00 | Compensation |
| | | | TOTAL: | $50,093.59 | |

