

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 23−30128
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

JAMES REUBEN BURTON Jr.
   dba GLOBAL ENERGY SOLUTIONS
105 GRAHAM HALL COURT
MATTHEWS, NC 28104
Social Security No.: xxx−xx−7903

SUSAN HUNT BURTON
105 GRAHAM HALL COURT
MATTHEWS, NC 28104
Social Security No.: xxx−xx−1811

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Objection filed in the above referenced case on 03/14/2023 as document(s) # 23 is defective for the reason(s) marked below:

    Notice does not comply with L.R. 9013 noticing requirements. Notice of Hearing required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: March 15, 2023                                      Steven T. Salata
                                                                                      Clerk of Court

Electronically filed and signed (3/15/23)