# UNITED STATES BANKRUPTCY COURT
Western District of North Carolina

|  |  |  |
|---|---|---|
| In Re:  James Reuben Burton Jr. | ) | Case No.: 23-30128 - LTB |
| Susan Hunt Burton | ) | |
|  | ) | Chapter: 13 |
|  | ) | |
| Debtor (s) | ) | |
|  | ) | |

## NOTICE OF FEE DUE

**NOTICE IS** HEREBY GIVEN that the Court records reflect that the Court received an **3/28/2023**. Pursuant to 28 U.S.C. §1930, the filing fee for Amended Schedules is $32.00

**IT IS HEREBY REQUESTED** that the above filing fee in the amount of **$ 32.00** be submitted to the Court within the next **fourteen** (14) business days using certified funds or a money order. Cash payments will be accepted at the Customer Service counter in the Clerk's Office. Your failure to timely comply with this requirement may result in further court actions.


Dated: 3/28/23                          Steven T. Salata
                                        Clerk of Court