**FILED**
U.S. BANKRUPTCY COURT, WDNC

APR - 4 2023

Steven T. Salata, Clerk
Charlotte Division/CCH

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JAMES | REUBEN | BURTON | Jr. |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | SUSAN | HUNT | BURTON | |
| | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Western District of North Carolina

Case number (If known): 23-30128

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____                    X _____
Signature of Debtor 1                                    Signature of Debtor 2

Date 04/03/2023                                              Date 04/03/2023
       MM / DD / YYYY                                               MM / DD / YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules