## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| JAMES REUBEN BURTON, JR. and ) | Case No. 23–30128 |
| SUSAN HUNT BURTON, ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| ) | |

### OBJECTION BY NATAN HOLDINGS, LLC, AND
### CRYPTO COLO CENTER CORP
### TO CONFIRMATION OF DEBTORS'
### AMENDED CHAPTER 13 PLAN

Natan Holdings, LLC, an Illinois limited liability company, and Crypto Colo Center Corp, a Kansas corporation, creditors in this case, object to confirmation of the Chapter 13 plan filed by the Burtons on March 7, 2023 (Doc. 14), as amended by the Amendment to Chapter 13 Plan and Notice of Opportunity for Hearing on Confirmation of the Plan, filed on April 7, 2023 (Doc. 51; and together with Doc. 51, is the "Amended Plan").

Natan Holdings and CCC incorporate by reference the arguments in their Objection to Confirmation of Debtors' Chapter 13 Plan, filed March 14, 2023 (Doc. 23).

WHEREFORE, CCC and Natan Holdings request that the Court deny confirmation of the Burtons' amended Chapter 13 plan (Doc. 14, as amended by Doc. 51) and grant CCC and Natan Holdings such additional relief as the Court deems reasonable and just.

April 13, 2023

/s/ Bradley E. Pearce
Bradley E. Pearce
NC State Bar No. 18368
PEARCE LAW PLLC
101 N. Tryon Street, Suite 600
Charlotte, NC 28246
704-910-6385
980-321-0593 (fax)
brad@pearcepllc.com

*Counsel for Crypto Colo Center Corp. and Natan Holdings, LLC*

## CERTIFICATE OF SERVICE

      I certify that the preceding document has been served on all parties and parties in interest receiving notice by the Court's electronic filing or case management system and on the Debtors at the following address:

      James Reuben Burton, Jr.
      Susan Hunt Burton
      105 Graham Hall Court
      Matthews, NC 28104

April 13, 2023

    /s/ Bradley E. Pearce
    Bradley E. Pearce
    NC State Bar No. 18368
    PEARCE LAW PLLC
    101 N. Tryon Street, Suite 600
    Charlotte, NC 28246
    704-910-6385
    980-321-0593 (fax)
    brad@pearcepllc.com